# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

146828

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TONIE GAGNON, Personal Representative
of the Estate of TONYA T. AROLD, and as
Guardian of ANTHONY VANKIRK
GAGNON, a Minor, and TODD LEE
PHILLIPS,
      Plaintiffs-Appellants,

v

CITIZENS INSURANCE COMPANY,
      Defendant-Appellee,

and

TITAN INSURANCE COMPANY,
      Defendant-Appellee,

and

ASSIGNED CLAIMS FACILITY,
      Defendant.

SC:  146828
COA:  301188
Wayne CC:  08-127035-NF

_____/

      On order of the Court, the application for leave to appeal the January 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722